UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
11 JAN 13 PM 1:05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** (One Count) |
| v. | ) | 29 U.S.C. § 501(c) |
| JESSE DANIELS | ) | CAUSE NUMBER: |

3:11CR - 4 JD

**THE GRAND JURY CHARGES:**

### COUNT 1

From in or around November 2005 through in or around March 2009, in the Northern District of Indiana,

**JESSE DANIELS,**

defendant herein, while an officer, that is, the financial secretary, of United Steelworkers Local 07-1011-S, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of United Steelworkers Local 07-1011-S in the approximate amount of $19,500.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

s/Foreperson
Grand Jury Foreperson

APPROVED BY:

DAVID CAPP
UNITED STATES ATTORNEY

By: s/Jesse M. Barrett
Jesse M. Barrett
Assistant United States Attorney